UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL BURRUEL, III,<br><br>    Plaintiff,<br><br>    v.<br><br>ROB BONTA,<br><br>    Defendant. | Case No. 1:22-cv-00116-ADA-EPG (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR CERTIFICATE OF APPEALABILITY<br><br>(ECF No. 25) |

    Manuel Burruel, III ("Plaintiff"), is a civil detainee proceeding *pro se* and *in forma pauperis* with this action. On January 17, 2023, Plaintiff filed a notice of appeal of the order dismissing his case. (ECF No. 24). On that same day, Plaintiff filed a motion for a certificate of appealability. (ECF No. 25).

    Plaintiff does not need to request a certificate of appealability in order to file an appeal of the dismissal of this action, which is not a habeas corpus proceeding.[1] Plaintiff has filed a notice of appeal (ECF No. 24), and his appeal has been processed to the United States Court of Appeals for the Ninth Circuit (ECF No. 26).

---

[1] "Unless a circuit justice or judge issues a certificate of appealability, an appeal may not be taken to the court of appeals from-- (A) the final order in a habeas corpus proceeding in which the detention complained of arises out of process issued by a State court; or (B) the final order in a proceeding under section 2255." 28 U.S.C. § 2253(c)(1)(A)-(B).

Accordingly, IT IS ORDERED that Plaintiff's motion for a certificate of appealability is DENIED.

IT IS SO ORDERED.

Dated: __**January 19, 2023**__ /s/ *Erin P. Groj*
UNITED STATES MAGISTRATE JUDGE

2